IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LOYD LANDON SORROW, | § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. H-16-2493 |
| EXECUTIVE DIRECTOR TDCJ, *et al.*, | § § | |
| Defendants. | § § | |

## MEMORANDUM AND OPINION

On January 23, 2018, the court dismissed all claims brought by Plaintiff Loyd Landon Sorrow and entered final judgment (Docket Entries No. 98, 99). On February 12, 2018, Sorrow filed a notice of appeal (Docket Entry No. 104). Subsequently, on February 15, 2018, he filed a motion to supplement his pleadings (Docket Entry No. 106). Sorrow seeks leave to add claims regarding events that have taken place since he filed this suit, including multiple transfers among TDCJ units.

A perfected appeal divests the district court of jurisdiction. *Thermacor Process, L.P. v. BASF Corp.*, 567 F.3d 736, 744 (5th Cir. 2009); *Winchester v. United States Attorney for S. Dist. of Tex.*, 68 F.3d 947, 950 (5th Cir. 1995). Because Sorrow has appealed, this court does not have jurisdiction to grant the relief Sorrow seeks.

Sorrow's motion to supplement his pleadings, (Docket Entry No. 106), is denied.

SIGNED on February 23, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge