UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **LOYD LANDON SORROW,** § <br> **TDCJ #1134905,** § <br> *Plaintiff,* § <br> § <br> **v.** § <br> § <br> **EXECUTIVE DIRECTOR, TDCJ, ET AL.,** § <br> *Defendants*. § | **CIVIL ACTION NO. 4:16-CV-02493** |

### NOTICE OF APPEARANCE OF NEW ATTORNEY IN CHARGE

Defendants the University of Texas Medical Branch, Dr. Erin Jones, and Dr. Stephanie Abron are represented by the Office of the Attorney General of Texas. Currently, Assistant Attorney General Wesley D. Lunkley is the attorney-in-charge. This case, however, was administratively reassigned to Assistant Attorney General Trent Peroyea because AAG Wesley D. Lunkley will no longer be employed by the Office of the Attorney General of Texas. Accordingly, AAG Trent Peroyea is now the attorney-in-charge. AAG Trent Peroyea requests that all future correspondence be sent to him at the address listed below. Further, AAG Trent Peroyea requests that the Court remove AAG Wesley D. Lunkley from its records as attorney-in-charge.

Respectfully Submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**DARREN L. McCARTY**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Assistant Attorney General
Chief, Law Enforcement Defense Division

*/s/ P. Trent Peroyea*
**P. TRENT PEROYEA**
Assistant Attorney General
Texas State Bar No. 24098245
Southern District ID No. 3134657

Office of the Attorney General
Law Enforcement Defense Division
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 463-2080
Facsimile: (512) 370-9362
trent.peroyea@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS TILLEY, BOWMAN, FURR, STIPES AND MTTHEWS**

### CERTIFICATE OF SERVICE

I, P. Trent Peroyea, certify that on March 18, 2019, a true and correct copy of the foregoing was served on Plaintiff by U.S. mail, first-class postage prepaid, as follows:

Michael Wayne Stewart
700 Hearne Street
Franklin, TX 77856
*Pro Se*

*/s/ P. Trent Peroyea*
**P. TRENT PEROYEA**
Assistant Attorney General